PETER J. MCANDREWS, Appellant, v. ROSE M. MCANDREWS, Respondent, et al., Defendant.—

No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.